# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ORTHOMIDWEST, PLLC, d/b/a ORTHOILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EPISODE SOLUTIONS, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No.<br><br>3:24-cv-01018 |

## PLAINTIFF ORTHOMIDWEST, PLLC'S MOTION TO FILE CORPORATE DISCLOSURE STATEMENT UNDER SEAL

Plaintiff OrthoMidwest, PLLC, d/b/a OrthoIllinois ("OrthoIllinois"), by and through undersigned counsel and pursuant to Local Rules 7.01 and 37.01, respectfully moves for an order permitting OrthoIllinois to file its corporate disclosure statement under seal. Undersigned counsel is not aware of any counsel representing Defendant Episode Solutions, LLC and, accordingly, has not had an opportunity to attempt in good faith to resolve this matter with opposing counsel. In seeking this relief, OrthoIllinois relies on its contemporaneously filed Memorandum of Law in Support of its Motion.

Respectfully submitted this the 21st day of August, 2024.

/s/ Margaret M. Siller
Margaret M. Siller (BPR No. 039058)
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Tel: (629) 285.2253
Email: MSiller@maynardnexsen.com

Ryan D. Thompson (*pro hac vice forthcoming*)
Wes Bulgarella (*pro hac vice forthcoming*)
MAYNARD NEXSEN PC

1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Email: rthompson@maynardnexsen.com
wbulgarella@maynardnexsen.com

*Attorneys for Rockford Orthopedic Associates, Ltd., d/b/a OrthoIllinois*