**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| ORTHOMIDWEST, PLLC, d/b/a | ) | |
| ORTHOILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 3:24-cv-01018 |
| | ) | |
| EPISODE SOLUTIONS, LLC, | ) | Judge Eli Richardson |
| | ) | Magistrate Judge Alistair E. Newbern |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW**, Plaintiff OrthoMidwest, PLLC, d/b/a OrthoIllinois and Defendant

Episode Solutions, LLC (collectively, the "Parties") and respectfully request the Court dismiss this

lawsuit without prejudice with the Parties each to bear their own costs.

Respectfully submitted this the 3rd day of February, 2025.

*/s/ Margaret M. Siller*
Margaret M. Siller (BPR No. 039058)
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Tel: (629) 285.2253
Email: MSiller@maynardnexsen.com

Wes Bulgarella (*admitted pro hac vice*)
1901 Sixth Avenue North
Suite 1700
Birmingham, Alabama 35203
Tel: (205) 254-1000
Email: WBulgarella@maynardnexsen.com

*Attorneys for OrthoMidwest, PLLC, d/b/a OrthoIllinois*

*/s/ Salvador M. Hernandez*
Salvador M. Hernandez (BRP No. 20121)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Tel: (615) 320-3700
SHernandez@rjfirm.com

*Attorney for Episode Solutions, LLC*